

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSEPH VALENTINO JOINER, | § | No. 08-18-00118-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 346th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | | |
| | § | (TC# 20150D02895) |
| State. | | |
| | § | |

## **O R D E R**

The Court has determined, on its own motion, that it is necessary to seal the exhibits volume of the reporter's record filed in the above-styled and numbered cause. *See* Tex.R.App.P. 9.10(g). Accordingly, the exhibits volume shall be marked as sealed and will not be made available either on the internet or in other form without court order, except that the attorneys of record on appeal will be provided access to the sealed record without a court order.

IT IS SO ORDERED this 17th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.